Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 18, 2006








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed January 18, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01103-CV

____________

 

IN RE EUGENE JELKS, JR., Relator

 

 



 

ORIGINAL PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
December 11, 2006, relator filed a petition for writ of mandamus
in this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to compel the Honorable Susan Brown, presiding judge
of the 185th District Court of Harris County, to rule on his petition for a
writ of habeas corpus.

Relator
has not established that he is entitled to mandamus relief.  Accordingly, we
deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied and Memorandum
Opinion filed January 18, 2007.

Panel consists of Justices Fowler,
Edelman, and Frost.